# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


**FILED**

NOV 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America<br>vs.<br>Pablo Estrada | )<br>)<br>)<br>) | **Case No.**<br>1:12-cr-00348-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Pablo Estrada _____ , have discussed with _____ Jacob Scott _____ , Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following conditions: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. Additionally, you shall pay for all or part of the costs of said program as determined by the pretrial services officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/5/12        _____  11/5/12
Signature of Defendant        Date           Pretrial Services Officer        Date
Pablo Estrada                              Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                   11-21-12
Signature of Assistant United States Attorney           Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   11/19/12
Signature of Defense Counsel                Date
Mario DiSalvo

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 11/27/12 .

☐ The above modification of conditions of release is *not* ordered.

_____                   11/27/12
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services