1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone:  (559) 487-5561
5
   Attorneys for Defendant
6  Pablo Estrada Jr.

7

8                       IN THE UNITED STATES COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Case No.  1:12-cr-00348 LJO-SKO
                                  )
11 |          Plaintiff,           ) **DEFENDANT'S MOTION TO UNSEAL**
                                  ) **PLEA AGREEMENT; ORDER**
12 | vs.                           )
                                  ) Judge: Hon. Lawrence J. O'Neill
13 | PABLO ESTRADA JR.,            )
                                  )
14 |          Defendant.           )
                                  )
15                                )
                                  )
16

17         Defendant Pablo Estrada Jr., by and through his counsel the Office of the Federal

18 Defender, hereby requests that the Court unseal his plea agreement in the above-captioned case

19 solely to the Federal Defender's Office and provide a copy to his defense counsel for use in

20 conjunction with his *Johnson* petition.

21         Per General Order No. 563, the Probation Office and the Clerk's Office are authorized to

22 disclose to the Federal Defender's Office "Presentence Investigation Reports, Statements of

23 Reasons, and Judgments."  While plea agreements are generally publically filed documents, in

24 this particular case it has been filed under seal.  Defense counsel is in need of the plea agreement

25 to properly file client's *Johnson* petition.

26         Therefore, defense counsel requests that this court unseal the plea agreement solely to the

27 Federal Defender's Office and allow counsel to use the plea agreement only in conjunction with

28 client's *Johnson* petition.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 20, 2016 | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant/Petitioner<br>Pablo Estrada Jr. |

**O R D E R**

Granted.

IT IS SO ORDERED.

Dated: **June 21, 2016**        /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE

Motion to Unseal Plea Agreement                    2