**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PABLO ESTRADA, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00348 LJO-SKO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO UNSEAL PLEA AGREEMENT; ORDER** |
| PABLO ESTRADA, JR., | |
| Defendant. | |

**TO:     THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, PABLO ESTRADA, JR., by and through his counsel, Anthony P. Capozzi, hereby requests that the Court unseal his plea agreement in the above-captioned case solely to his attorney and provide a copy to his counsel Anthony P. Capozzi for use in conjunction with the Petition for Violation of Supervised Release.

Per General Order No. 563, the Probation Office and the Clerk's office are authorized to disclose to defense counsel "Presentence Investigation Reports, Statements of Reasons, and Judgments."  While plea agreements are generally publically filed documents, in this particular case it has been filed under seal.  Defense counsel is in need of the plea agreement to properly represent the Defendant in the Petition for Violation of Supervised Release.

Accordingly, defense counsel requests that this court unseal the plea agreement solely

to this attorney and allow counsel to use the plea agreement only in conjunction with the Petition

for Violation of Supervised Release.

Respectfully submitted,

DATED:     November 29, 2018     By:   _/s/Anthony P. Capozzi_
ANTHONY P. CAPOZZI
Attorney for Defendant PABLO ESTRADA, JR.

**ORDER**

IT IS SO ORDERED.

Dated:   **December 3, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE