IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PABLO REUBEN ESTRADA, JR.

    Defendant.

CR NO: 1:12-CR-00348 LJO/SKO

**FILED**
JAN 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | PABLO REUBEN ESTRADA, JR. | |
| Detained at: | Fresno County Jail | |
| Detainee is: | a.) | ☐ charged in this district by:    ☐ Indictment   ☐ Information   ☐ Complaint<br>charging detainee with:   Supervised Release Violation Petition |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

***Appearance is necessary on January 22, 2019 @ 2:00 p.m. before duty magistrate in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/ Jeffrey Spivak |
| Printed Name & Phone No: | JEFFREY SPIVAK |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 15, 2017 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/17/19

/s/ Erica P. Grosjean
Honorable ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1196962 | DOB: | 02/20/1986 |
| Facility Address: | Fresno and "M" Street, Fresno, CA | Race: | hispanic |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                     (signature)