1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00348-LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING STATE COURT APPEARANCES |
| v. | |
| PABLO RUBEN ESTRADA, JR., | |
| Defendants. | |

Defendant Pablo Ruben Estrada, Jr. made his initial appearance on his supervised release violation on January 22, 2019. At the initial appearance, Defendant entered an admission to one of the two new law violations and was ordered detained.

Defendant presently has pending state charges in the Fresno County Superior Court for the new law violations that are the subject of the supervised release petition. The parties request that Defendant be permitted to attend those state court appearances.

Dated: January 23, 2019         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ JEFFREY A. SPIVAK
                                JEFFREY A. SPIVAK
                                Assistant United States Attorney

STIPULATION AND PROPOSED ORDER        1

Dated: January 23, 2019        /s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Pablo Ruben Estrada, Jr.
(authorized by email 1/23/2019)

ORDER

The parties' request is GRANTED.

Pablo Ruben Estrada, Jr., is permitted to attend Fresno County Superior Court hearings in his pending state court matter. He may be transported to and from such hearings at the Fresno Superior Court by deputies from the Fresno County Sheriff's Office. A hearing is currently scheduled for January 24, 2019.

IT IS SO ORDERED.

Dated: **January 23, 2019**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE