**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**FILED**

FEB 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PABLO REUBEN ESTRADA, JR.**

Defendant.

CR NO: 1:12-CR-00348 LJO-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: PABLO REUBEN ESTRADA, JR.

Detained at: Fresno County Jail

Detainee is:  a.)  ☒ charged in this district by:  ☐ Indictment ☐ Information ☐ Complaint
charging detainee with:  Supervised release violation

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on February 25, 2019 and each subsequently scheduled Court proceeding in the Eastern*

Signature: /s/ Kimberly A. Sanchez

Printed Name & Phone No: Kimberly A. Sanchez, 286-7396

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **[FORTHWITH]** or **[on DATE AND TIME]**, and
any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

Dated:  Feb 22, 2019

HONORABLE LAWRENCE J. O'NEILL
CHIEF U.S. DISTRICT COURT JUDGE

Please provide the following, if known:

AKA(s) (if _____

Booking or CDC #: 1196962

Facility Address: Fresno and "M" Streets

Facility Phone: _____

Currently _____

☒ Male  ☐ Female

DOB: 02/20/1986

Race: hispanic

FBI#: _____

## RETURN OF SERVICE

Executed on: _____     _____
(signature)