IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 06 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PABLO REUBEN ESTRADA, JR.

    Defendant.

CR NO: 1:12-CR-00348 LJO/SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: PABLO REUBEN ESTRADA, JR.
Detained at: Fresno County Jail
Detainee is:
 a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
  charging detainee with: Supervised Release Violation Petition
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 11, 2019 @ 8:30 a.m. before District Court Judge, Lawrence J. O'Neil.*

Signature: /s/ Jeffrey Spivak
Printed Name & Phone No: JEFFREY SPIVAK
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 11, 2019 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 6, 2019

                             _____
                             U.S. District Judge

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male ☐ Female |
| Booking or CDC #: 1196962 | DOB: 02/20/1986 |
| Facility Address: Fresno and "M" Street, Fresno, CA | Race: Hispanic |
| Facility Phone: | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on: _____    _____
                        (signature)