# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>PABLO REUBEN ESTRADA, JR.<br><br>               Defendant. | CR NO: 1:12-CR-00348 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: PABLO REUBEN ESTRADA, JR.
Detained at: Fresno County Jail
Detainee is:
   a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
         charging detainee with: Supervised Release Violation Petition
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 25, 2019 @ 8:30 a.m. before District Court Judge, Lawrence J. O'Neil.*

| | |
|---|---|
| Signature: | /s/ Jeffrey Spivak |
| Printed Name & Phone No: | JEFFREY SPIVAK |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 25, 2019 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 12, 2019

Honorable LAWRENCE J. O'NEIL
US DISTRICT COURT JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 1196962 | DOB: | 02/20/1986 |
| Facility Address: | Fresno and "M" Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)