**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**PABLO REUBEN ESTRADA, JR.**<br><br>　　　　　　　　Defendant. | CR NO: 1:12-CR-00348 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | PABLO REUBEN ESTRADA, JR. |
| Detained at | Fresno County Jail |
| Detainee is: | a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint<br>　　　charging detainee with: Supervised Release Violation Petition |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on April 15, 2019 @ 8:30 a.m. before Duty Magistrate.*

| | |
|---|---|
| Signature: | /s/ Jeffrey Spivak |
| Printed Name & Phone No: | JEFFREY SPIVAK |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on April 15, 2019 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 9, 2019**

Honorable Magistrate STANLEY A. BOONE
US Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | 1196962 | DOB: | 02/20/1986 |
| Facility Address: | Fresno and "M" Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

　　　　　　　　　　　　　　(signature)