**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PABLO REUBEN ESTRADA, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00348 LJO-SKO |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| PABLO REUBEN ESTRADA, JR., | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Pablo Reuben Estrada, by and through his attorney Anthony P. Capozzi, hereby requests that the CJA23 Financial Affidavit filed on April 26, 2019, as document 77-1, be filed under seal.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the CJA23 Financial Affidavit filed on April 26, 2019, as document 77-1, be Sealed.

Respectfully submitted,

Dated: April 30, 2019      By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for PABLO REUBEN ESTRADA, JR.

**ORDER**

For reasons set forth above, the Defendants request to have the CJA23 Financial Affidavit filed on April 26, 2019, as document 77-1, be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:  **April 30, 2019**            /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE